# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**SHERRY SISNEY**                                                                                       **PLAINTIFF**

**V.**                               **CASE NO. 3:15CV00011-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Sherry Sisney's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 24th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE